**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| IDEAL MANUFACTURING, INC., <br> Plaintiff, | § <br> § <br> § | |
| v. | § | Civil Action No. 1:19-cv-00164 |
| | § | |
| NGC GROUP, INC., *et al.*, <br> Defendants. | § <br> § <br> § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 28) in the above-captioned case. The R&R recommended the Court: (1) deny Ideal Manufacturing, Inc.'s ("Plaintiff") "Motion to Compel North American Specialty Insurance Company to Arbitrate, Motion to Stay Litigation, and Brief in Support" ("Plaintiff's Opposed Motion") (Docket No. 19) to the extent that it seeks to compel arbitration; (2) grant Plaintiff's Opposed Motion to the extent that it seeks a stay of litigation; and (3) direct the Clerk of the Court to stay this case until further order of the Court.

Objections were due February 18, 2020. No objections were filed by either party. A "clearly erroneous, abuse of discretion and contrary to law" standard of review is appropriate when there has been no objection to the magistrate's ruling. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Accordingly, Plaintiff's Opposed Motion (Docket No. 19) is **GRANTED** to the extent that it seeks a stay of litigation, only. The Clerk of the Court is **DIRECTED** to stay this case until further order of the Court.

Signed on this 19th day of February, 2020.

Rolando Olvera
United States District Judge